IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL FARR,<br>Individually and On Behalf of All Others,<br><br>Plaintiff,<br><br>v.<br><br>GREAT LIFE KANSAS CITY, LLC,<br>d/b/a DRUMM FARM GOLF CLUB,<br><br>Defendant. | Case No.: _____ |

## NOTICE OF REMOVAL

Defendant Great Life Kansas City, LLC, d/b/a Drumm Farm Golf Club ("Great Life Kansas City"), pursuant to 28 U.S.C. §§ 1331, 1441, and 1446, hereby gives notice of the removal of this action to this Court from the Circuit Court of Clinton County, Missouri. In support of removal, Great Life Kansas City states as follows:

### I. THE CIRCUIT COURT ACTION

1. On April 23, 2019, Plaintiff Michael Farr commenced this action in the Circuit Court of Clinton County, Missouri, by filing his Petition in the case styled *Michael Farr vs. Great Life Kansas City, LLC d/b/a Drumm Farm Golf Club*, which is designated as Case No. 19CN-CC00023 (the "Circuit Court Action").

2. Plaintiff's Petition was served on Great Life Kansas City on September 10, 2019. The Notice of Removal is timely filed pursuant to 28 U.S.C. § 1446(b), because it is filed within 30 days of service on Great Life Kansas City.

3. By removing this action, Great Life Kansas City does not waive any defenses or objections that it may have, including but not limited to, sufficiency of process, service of process, or personal jurisdiction.

1

4. Pursuant to 28 U.S.C. § 1446(a), copies of all process, pleadings, and orders served on Defendant in the Circuit Court Action are attached as Exhibit A.

## II. VENUE

5. Venue is proper in this Court because this case was originally filed in Clinton County, Missouri, which lies within this District. *See* 28 U.S.C. §§ 105(b)(1), 1446(a); L.R. 3.2(a)(1)(B).

## III. FEDERAL QUESTION JURISDICTION

6. Plaintiff's Petition alleges a claim arising under the Fair Credit Reporting Act ("FCRA"), 15 U.S.C. § 1681. *See* Petition.

7. The United States District Court for the Western District of Missouri has subject matter jurisdiction over this case under 28 U.S.C. § 1331, which provides that the federal district courts shall have original jurisdiction over actions arising under federal law. *See* 28 U.S.C. § 1331.

## IV. COMPLIANCE WITH PROCEDURAL REQUIREMENTS

8. In accordance with 28 U.S.C. § 1446(d), Great Life Kansas City will promptly file a copy of this Notice of Removal with the Clerk of the Circuit Court of Clinton County, Missouri, and will provide notice of the filing of this Notice of Removal to Plaintiff as reflected by the Certificate of Service.

## V. CONCLUSION

WHEREFORE, having fulfilled all statutory requirements, Great Life Kansas City removes this action to this Court from the Circuit Court of Clinton County, Missouri, and requests that this Court assume jurisdiction over this matter as provided by law.

Respectfully submitted,

POLSINELLI PC


By: */s/ P. John Brady*
P. John Brady  Mo. Bar. # 30183
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone:  (816) 753-1000
Facsimile:  (816) 753-1536 Fax
jbrady@polsinelli.com

ATTORNEY FOR DEFENDANT


## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 10th day of October 2019, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the Court's eFiling System, which sends a notice of electronic filing constituting service to the following:

Jayson A. Watkins
Charles Jason Brown
Brown & Watkins, LLC
301 S. US 169 Hwy
Gower, MO  64454
watkins@brownandwatkins.com
brown@brownandwatkins.com
ATTORNEY FOR PLAINTIFF

*/s/ P. John Brady*
Attorney for Defendant