# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| **MICHAEL FARR,** Individually And On Behalf Of All Others, <br><br> Plaintiffs, <br><br> vs. <br><br> **GREAT LIFE KANSAS CITY, LLC d/b/a DRUMM FARM GOLF CLUB,** <br> Defendant. | Case No.: 19-cv-06136-NKL <br><br> **JURY TRIAL DEMANDED** |

## JOINT NOTICE OF ACCEPTANCE OF RULE 68 OFFER OF JUDGMENT

Pursuant to Federal Rule of Procedure 68(a), the parties hereby notify the Court that Defendant Great Life Kansas City LLC d/b/a Drumm Farm Golf Club ("Defendant") offered to allow judgment to be taken against it by Plaintiff Michael Farr in the amount of Five Thousand Dollars ($5,000) and to further pay an award of reasonable attorneys' fees and costs accrued as of the date the Offer was served, to be determined by the Court on a properly supported petition if necessary. The Offer was served to Plaintiff's Counsel on March 12, 2020. A copy of the Offer of Judgment is attached hereto as Exhibit 1. Plaintiff accepted the Offer on March 23, 2020. The parties will now seek to agree on attorneys' fees or the matter will be submitted to the Court for a ruling, all expected within 90 days. Thereafter, the parties will request the Clerk to enter judgment against Defendant and in favor of Plaintiff according to the terms specified by agreement of the parties or ruling of the Court on the issue of attorneys' fees.

Respectfully submitted,

*/s/ Jayson A. Watkins*
C. Jason Brown #49952
Jayson A. Watkins #61434
BROWN & WATKINS, LLC
301 S. US 169 Hwy
Gower MO 64454
Tel: 816-294-2734
Fax: 816-424-1337
brown@brownandwatkins.com
watkins@brownandwatkins.com


POLSINELLI PC


By: */s/ Emma R. Schuering*
P. John Brady  Mo. Bar. # 30183
Emma R. Schuering  Mo. Bar. #65169
900 W. 48th Place, Suite 900
Kansas City, MO 64112
Telephone:  (816) 753-1000
Facsimile:  (816) 753-1536
jbrady@polsinelli.com
eschuering@polsinelli.com

ATTORNEYS FOR DEFENDANT

## **CERTIFICATE OF SERVICE**

       The undersigned hereby certifies that on the 22nd day of April, 2020, a true and correct copy of the above and foregoing was electronically filed with the Clerk of the Court by using the Court's eFiling System, which sends a notice of electronic filing constituting service to the following:

Jayson A. Watkins
Charles Jason Brown
Brown & Watkins, LLC
301 S. US 169 Hwy
Gower, MO  64454
watkins@brownandwatkins.com
brown@brownandwatkins.com

ATTORNEYS FOR PLAINTIFF

                                              */s/ Emma R. Schuering*
                                              Attorney for Defendant