IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MICHAEL FARR, Individually And On Behalf of All Others,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>GREAT LIFE KANSAS CITY, LLC d/b/a DRUMM FARM GOLF CLUB,<br><br>　　　　Defendant. | No. 19-06136-CV-NKL |

**JUDGMENT IN A CIVIL CASE**

\_\_\_	Jury Verdict.  This action came before the Court for a trial by jury.

X	Decision by Court.  This action came to trial or hearing before the Court.
	The issues have been determined and a decision has been made.

IT IS ORDERED AND ADJUDGED that pursuant to the Joint Notice of Acceptance of Rule 68 Offer of Judgment filed April 22, 2020, Doc. 27, judgment is entered against the defendant as set forth in the Offer of Judgment attached to the Joint Notice of Acceptance of Rule 68 Offer of Judgment.

Date: April 17, 2017			PAIGE WYMORE-WYNN
					Acting Clerk of Court

					s/ RENEA MATTHES MITRA
					By: Renea Matthes Mitra, Courtroom Deputy